IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

JUN 14 2016

Clerk, U.S. District Court
By:_____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | Criminal Action |
| | } | |
| V. | } | Case No. 16-m-10075-01-03-KGG |
| | } | |
| RAISHAT McGILL, | } | |
| ANDRE BRYANT, | } | |
| and ELIJAH SHELTON, | } | |
| | } | |
| Defendants. | } | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and

correct to the best of my knowledge and belief:

## COUNT 1

On or about June 13, 2016, in the District of Kansas,

RAISHAT McGILL,
ANDRE BRYANT, and
ELIJAH SHELTON,

the defendants, did knowingly by force, violence and intimidation take from the person or

presence of employees of the Carson Bank, 4641 East Douglas, Wichita, Kansas, a bank

the deposits of which were then insured by the Federal Deposit Insurance Corporation,

money which was in the care, custody, control and possession of the Carson Bank, and in

committing such offense did assault and put into jeopardy the life of another person by

the use of a firearm, a dangerous weapon.

1

In violation of Title 18, United States Code § 2113(a) and (d) and Title 18, United States Code § 2.

**COUNT 2**

On or about June 13, 2016, in the District of Kansas,

**RAISHAT McGILL**,<br>**ANDRE BRYANT**, and<br>**ELIJAH SHELTON**,

the defendants, knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is: Bank Robbery of the Carson Bank, 4641 East Douglas, Wichita, Kansas, as charged in Count 1 of this Complaint

In violation of Title 18, United States Code, § 924(c)(1)(A) and Title 18, United States Code § 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based upon the following facts:

See attached affidavit which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:

___X___ Yes    _____ No

Todd R. DiCaprio
Special Agent
Federal Bureau of Investigation

2

Subscribed and sworn to before me this __14__ day of June, 2016 at Wichita,

Kansas.

Kenneth G. Gale
U.S. Magistrate Judge

DISTRICT OF KANSAS

WICHITA, KANSAS


AFFIDAVIT

I, Todd R. DiCaprio, hereinafter referred to as "Affiant," being duly sworn, do hereby depose and state as follows:

1. Affiant is a Special Agent employed by the Federal Bureau of Investigation, hereinafter the FBI, and has been so employed for approximately eight years. Affiant is currently assigned to the Kansas City Division, Wichita Resident Agency of the FBI and is responsible for conducting investigations of violent crimes, major theft, and other matters which fall within the FBI's jurisdiction. Through his training, education and experience the Affiant is familiar with the conduct of criminal investigations.

2. This affidavit is submitted in support of an arrest warrant for RAISHAT EUGENE MCGILL, ELIJAH SHELTON, and ANDRE MARQUIS BRYANT for one count of bank robbery in violation of Title 18, United States Code, Section 2113 and one count of possession of a firearm during a crime of violence in violation of Title 18, United States Code, Section 924(c).

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers involved in this investigation, and my review of records, documents and other physical items obtained during this investigation. The information in this affidavit includes facts relevant to establishing probable cause for arrest but does not include all known facts relating to the investigation.

4. On June 13, 2016, at approximately 10:37 a.m., two unknown males entered CARSON BANK located at 4641 East Douglas, Wichita, Kansas. Upon entering the bank the unknown males

brandished handguns and began verbally ordering bank employees to comply with their demands. One unknown individual brought a bank employee to the front area office and demanded money. When told there was no money in the office the unknown male brought the employee back to the teller room. Once in the teller room one of the unknown males made two bank employees enter the codes to the vault. Upon opening the vault the unknown males removed a large amount of United States Currency (U.S.C.) and then fled the bank.

5. Bank employees described the two unknown individuals as black males wearing dark-colored pants and dark-colored sweatshirts. Additionally, one unknown individual wore gloves and a blue in color rag or mask covering his face. The other unknown individual wore a white in color rag or mask over his face. Furthermore, one of the unknown individuals wore dark-colored shoes with white accents on the sole, described as Michael Jordan sneakers.

6. The unknown subject who initially entered the bank carried a black colored handgun. The same individual verbally stated "If you guys don't open in 30 seconds, I'm shooting." Other employees stated both unknown individuals gave several timeline demands during the robbery.

7. A review of video camera footage revealed two unknown males on foot entering the bank at approximately 10:37 a.m. The same two unknown individuals exited the bank and fled on foot heading in a southerly direction along South Dellrose Street at approximately 10:40 a.m. The aforementioned individuals were both wearing dark-colored clothing.

8. At approximately 10:43 a.m. the Wichita Police Department (WPD) received notification from 3SI Security Systems that a Global Positioning Satellite (GPS) tracking device was removed from the CARSON BANK located at 4641 East Douglas, Wichita, Kansas and was in motion. The WPD dispatcher received updates of the GPS tracker from 3SI Security Systems and relayed the updates to responding officers.

9. WPD Officer M.T. responded to the GPS location updates provided by the dispatcher and observed a gray, four-door 1999 Mercury Grand Marquis traveling southbound in the 800-900

block of South Martinson Street. The officer lost sight of the vehicle in the area of South Fern Street and West Walker Street.

10. Sedgwick County Deputy D.B. observed unknown individuals running from the subject vehicle. WPD Officer M.T. traveled one block east from the last known location of the Mercury Grand Marquis and intercepted a black male in the driveway of 1313 South Elizabeth Street. The male was identified as RAISHAT MCGILL, date of birth November 8, 1981. During the search incident to arrest WPD Officer M.T. located a handheld 2-way radio in MCGILL's pants pocket.

11. WPD Officer S.B. responded to the GPS location updates provided by the police dispatcher. S.B. located a black male at 1336 South Millwood Street; one block west of the last known location of the Mercury Grand Marquis. The black male was identified as ANDRE BRYANT, date of birth October 24, 1986. BRYANT was wearing black Michael Jordan shoes when taken into custody.

12. ELIJAH SHELTON was located underneath a plastic swimming pool located at 1301 South Fern Street and taken into custody by WPD officers. He was wearing black pants and no shirt. A blood-stained T-shirt was located underneath the aforementioned swimming pool.

13. The Mercury Grand Marquis, bearing temporary Kansas license plate B138054, Vehicle Identification Number (VIN) 2MEFM74WYXX659196, was located in the backyard of 1332 South Fern Street adjacent to the alley behind the house. WPD Detectives observed, in plain view, several items of black clothing in the front passenger compartment of the vehicle as well as a black revolver on the passenger side of the front seat. A handheld radio matching the description of the handheld radio found in MCGILL's pants pocket was located on the roof of the vehicle.

14. Pursuant to a State of Kansas authorized search warrant, investigators recovered one pair of gloves, one black hoodie sweatshirt with a scorpion logo on the back, a black T-shirt, and a black revolver from the front passenger compartment of the Mercury Grand Marquis.

15. A search of the nearby area located a black bag in the vicinity of 1317 South Fern Street. Upon processing the bag, a large amount of U.S. currency, as well as the 3SI Security Systems GPS tracking device were recovered. Additionally, a black in color Springfield Armory Operator Model .45 caliber handgun, white T-shirt, one pair of dark-colored gloves, and several money bands stamped June 2016 were recovered in the lot adjacent to the Mercury Grand Marquis.

16. After his arrest, MCGILL voluntarily waived his rights and agreed to speak with investigators. During the interview MCGILL admitted to driving the Mercury Grand Marquis after the robbery at CARSON BANK. He stated to investigators the water bottle in the front driver's compartment belonged to him and would have his fingerprints on it.

17. MCGILL also voluntarily provided written consent for investigators to search his phone. Subsequently, investigators recovered text messages between MCGILL and an individual with telephone number 316-727-1956 and contact name "AMNESIA." On June 13, 2016 MCGILL received an incoming text message from "AMNESIA" stating "Got a hold of cuz we read bouta clicc up no matter we all gotta be together round 730." Subsequent investigation revealed "AMNESIA" is the street name for ANDRE BRYANT.

18. Additionally, MCGILL's telephone contact list contained telephone number 620-605-0830 and contact name "Swift Baby Loc." Subsequent investigation determined the aforementioned telephone number belonged to ELIJAH SHELTON.

19. After his arrest BRYANT made several excited utterances. In particular, BRYANT stated, without law enforcement officers present, "Father God please forgive me. Jesus Christ please forgive me. I don't know what I was thinking. Why I got talked into the wrong shit. Oh boy, boy, boy. First and last time motherfucker gotta experience something I guess. Fuck! I can't believe I did this shit. Pfft. Wow. Jerk."

20. While law enforcement officers were obtaining biographical information for BRYANT, he stated "I ain't trying to talk about this shit man. All's I'm trying to say is I fucked up man. I hope God don't punch me too hard. And, uh, shit man, I don't, I never meant to hurt nobody."

After making the aforementioned statement, when advised of his rights, BRYANT declined to speak with the investigating agents.

21. In light of the foregoing, Affiant believes that there is probable cause that RAISHAT EUGENE MCGILL, ELIJAH SHELTON, and ANDRE MARQUIS BRYANT committed the offense of bank robbery, by intimidation, by attempting to take money, that is approximately $22,159.00 U.S. Currency, from the person of another, which money was in the care, custody, control, and management of the CARSON BANK, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, Certificate Number 17369, in violation of Title 18 U.S.C., Section 2113 and during the aforementioned crime of violence did use or carry a firearm, or in furtherance of such crime, possess a firearm, in violation of Title 18 U.S.C., Section 924(c).


Todd R. DiCaprio
Special Agent
Federal Bureau of Investigation
Wichita, Kansas


Subscribed and sworn to before me this _14th_ day of _June, 2016.


Hon. Kenneth G. Gale
U.S. Magistrate Judge